ENTERED
09/24/2012

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MIDWAY RAYFORD PARTNERS, L.P.** | § | **CASE NO. 11-33024-H1-11** |
| **MIDWAY EASTSIDE PARTNERS, L.P.** | § | **CASE NO. 11-33046-H1-11** |
| **MIDWAY METRO PARTNERS, L.P.** | § | **CASE NO. 11-33051-H1-11** |
| **MIDWAY RICE PARTNERS, L.P.** | § | **CASE NO. 11-33056-H1-11** |
| **MIDWAY LT, L.P.** | § | **CASE NO. 11-33062-H1-11** |
| | § | |
| | § | **(Chapter 11)** |
| | § | |
| **DEBTORS.** | § | **Jointly Administered Under** |
| | § | **CASE NO. 11-33024-H1-11** |
| | § | |

**<u>FINAL DECREE CLOSING CASES</u>**
(Docket No. 16)

The estates of the above named debtors have been fully administered. THEREFORE, it is

ORDERED that the chapter 11 case of **MIDWAY RAYFORD PARTNERS, L.P.**, Case No. 11-33024-H1-11, the above named debtor, is **CLOSED as of the date this Order is signed;** it is further

ORDERED that the chapter 11 case of **MIDWAY EASTSIDE PARTNERS, L.P.**, Case No. 11-33046-H3-11, the above named debtor, is **CLOSED as of the date this Order is signed;** and it is further

ORDERED that the chapter 11 case of **MIDWAY METRO PARTNERS, L.P.**, Case No. 11-33051-H4-11, the above named debtor, is **CLOSED as of the date this Order is signed;** and it is further

ORDERED that the chapter 11 case of **MIDWAY RICE PARTNERS, L.P.**, Case No. 11-33056-H5-11, the above named debtor, is **CLOSED as of the date this Order is signed;** and it is further

ORDERED that the chapter 11 case of **MIDWAY LT, L.P.**, Case No. 11-33062-H3-11, the above named debtor, is **CLOSED as of the date this Order is signed.**

**Signed: September 24, 2012**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**